# UNITED STATES DISTRICT COURT
for the
Western District of Washington



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THREE SUBJECT PARCELS, more fully described in<br>Attachment A attached hereto | )<br>)<br>)   Case No.   MJ21-341<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B. Attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 22, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   _any U.S. Magistrate Judge in West. Dist. of Washington_   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   06/08/2021 at 9:30am                       _____S. Kate Vaughan_____
                                                                                                   *Judge's signature*

City and state:   Seattle, Washington                               S. Kate Vaughan, U.S. Magistrate Judge
                                                                                                   *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: MS21-341 | Date and time warrant executed: 6/8/2021 1:57 PM | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: MICHAEL HARROLD | | |

Inventory of the property taken and name of any person(s) seized:

SUBJECT PARCEL 1:
  1.) $5,000 USD SUSPECTED DRUG PROCEEDS
  2.) PARCEL, PACKAGING MATERIAL, AND MAIL

SUBJECT PARCEL 2:
  1.) $9,920 USD SUSPECTED DRUG PROCEEDS
  2.) PARCEL, PACKAGING MATERIAL, AND MAIL

SUBJECT PARCEL 3:
  1.) $10,000 USD SUSPECTED DRUG PROCEEDS
  2. PARCEL, PACKAGING MATERIAL, AND MAIL.

AND NO OTHERS TDS

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/8/2021

Executing officer's signature

TERRY D STINSON POSTAL INSPECTOR
*Printed name and title*

# ATTACHMENT A
## Parcels to be searched

6. Three Priority Express Mail parcels, hereinafter referred to as the "SUBJECT PARCELS." These parcels are believed to contain controlled substances or proceeds from the sale of controlled substances. The SUBJECT PARCELS are further described as follows:

**SUBJECT PARCEL 1**: One Priority Express Mail class parcel addressed to "Donald, 7401 133rd St Ct E, Puyallup WA 98373" [sic] with a return address of "Kevin T, 657 W. New York St, Aurora IL, 60506" [sic]. SUBJECT PARCEL 1 measures approximately 11.25" x 8.75" x 6" and weighs approximately 2 pounds 8 ounces. This parcel is postmarked June 2, 2021, in Allenhurst, Georgia and carries $60.50 in postage. The delivery confirmation number is EJ 978 934 345 US.

**SUBJECT PARCEL 2**: One Priority Express Mail class parcel addressed to "Barrows, 7401 133rd St Ct E, Puyallup WA 98373" [sic] with a return address of "Virginia Taylor, 907 Blackwillow Dr, Hinesville GA 31313" [sic]. SUBJECT PARCEL 2 measures approximately 11.25" x 8.75" x 6" and weighs approximately 3 pounds 6.4 ounces. This parcel is postmarked June 2, 2021, in Midway, Georgia and carries $67.65 in postage. The delivery confirmation number is EJ 978 933 659 US.

**SUBJECT PARCEL 3**: One Priority Express Mail class parcel addressed to "D. Barrows, 7401 133rd Street Ct E, Puyallup, WA 98373" [sic] with a return address of "Julian Taylor, 240 W. Daryl Dr, Hinesville GA, 31313" [sic]. SUBJECT PARCEL 3 measures approximately 11.25" x 8.75" x 6" and weighs approximately 3 pounds 0.4 ounces. This parcel is postmarked June 2, 2021, in Hinesville, Georgia and carries $67.65 in postage. The delivery confirmation number is EJ 978 934 331 US.

ATTACHMENT A - 1
PARCEL TO BE SEARCHED
USAO#2021R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to be Seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

ATTACHMENT B - 1
ITEMS TO BE SEIZED
USAO#2021R00662

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970